AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

GERARDO ANTONIO GUTIERREZ,

*Plaintiff(s)*

v.

RB MAINTENANCE LLC, RBM MAINTENANCE LLC, RBM MAINTENANCE D/B/A CARTEL, TOYOTA OF BAYRIDGE, LLC D/B/A TOYOTA OF BAY RIDGE BROOKLYN, FERNANDO BARRIOS,IN

*Defendant(s)*

Civil Action No. 25-cv-3050

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RB MAINTENANCE LLC, RBM MAINTENANCE LLC, RBM MAINTENANCE D/B/A CARTEL, TOYOTA OF BAYRIDGE, LLC D/B/A TOYOTA OF BAY RIDGE BROOKLYN, FERNANDO BARRIOS, INDIVIDUALLY, AND ROXANNA BARRIOS INDIVIDUALLY.
SEE ATTACHED RIDER FOR ADDRESSSES OF ALL DEFENDANTS.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elana T. Henderson, Esq.
Franklin, Gringer & Cohen, P.C.
666 Old Country Road, Suite 202
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 6/3/2025

Shirley Mora
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not befiled with the court unless required by Fed. R. Civ. P. 4 (/))***

This summons for *(name o findividual and title, i fany)* ______________________

was received by me on *(date)* ______________ .

0 I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ ' and mailed a copy to the individual's last known address; or

0 I served the summons on *(name o findividual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name o forganization)* ______________

______________________ on *(date)* ______________ ; or

0 I returned the summons unexecuted because ______________________ ; or

0 Other *(specify)*:

My fees are$ __________ for travel and $ __________ for services, for a total of$ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**<u>RIDER TO SUMMONS</u>**

Civil Case No.: ____________________

FULL COMPLAINT CAPTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

**GERARDO ANTONIO GUTIERREZ**, Index No.

Plaintiff,

-against- **<u>COMPLAINT</u>**

**RB MAINTENANCE LLC, RBM MAINTENANCE LLC, RBM MAINTENANCE D/B/A CARTEL, TOYOTA OF BAYRIDGE, LLC D/B/A TOYOTA OF BAY RIDGE BROOKLYN, FERNANDO BARRIOS, INDIVIDUALLY, AND ROXANA BARRIOS, INDIVIDUALLY.**

**JURY TRIAL DEMANDED**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

*Via Personal Service*

***<u>RB Maintenance LLC</u>***
***1216 Broadway, Suite 62***
***New York, New York 10001***

***<u>RBM Maintenance LLC</u>***
***1216 Broadway, Suite 62***
***New York, New York 10001***

***<u>RBM Maintenance d/b/a Cartel</u>***
***1216 Broadway, Suite 62***
***New York, New York 10001***

***<u>Toyota of Bayridge, LLC d/b/a Toyota of Bay Ridge Brooklyn</u>***
***6401 6th Avenue***
***Brooklyn, New York 11220***

***Fernando Barrios***
***68 PEQUANNOCK ST FL 2, DOVER, NJ 07801-3928 | MORRIS COUNTY, UNITED STATES***

***Roxana Barrios***
***15 DAVID ST, DOVER, NJ 07801-2230 | MORRIS COUNTY, UNITED STATES***